### TODD v. UNION DIME SAV. INST.

*(Supreme Court, General Term, First Department.  April 17, 1891.)*

Appeal from special term, New York county.

Action by Rufus L. Todd, executor of Mary L. Todd, deceased, against the Union Dime Savings Institution of the City of New York.  Plaintiff appeals from a judgment for defendant entered on trial by the court without a jury. For former report, see 118 N. Y. 337, 23 N. E. Rep. 299.

Argued before VAN BRUNT, P. J., and DANIELS and LAWRENCE, JJ.

*William A. Boyd*, for appellant.  *Arnoux, Ritch & Woodford*, (*William H. Arnoux*, of counsel,) for respondent.

VAN BRUNT, P. J.    Although I am of the same opinion which I expressed upon the first trial of this case, (20 Abb. N. C. 275,) and that the title in question is not such a one as a purchaser should be required to take, yet, as the court of appeals was of a different opinion, (118 N. Y. 337, 23 N. E. Rep. 299,) there remains nothing for the judge below to do but decide as he did, and we must affirm the judgment.  The facts are substantially the same as on the previous trial, and the alleged errors in admitting evidence, even if they existed, could not affect the result.  Judgment affirmed, with costs.    All concur.

---

### KING et al. v. BERNSTEIN et al.

*(Supreme Court, General Term, First Department.  January 13, 1891.)*

No opinion.    The motion to resubmit case for further settlement will be granted on payment of costs, including the disbursements of the argument already had of the appeal, and on compliance with directions contained in memorandum.    See 12 N. Y. Supp. 584.

---

### SCHROEDER et al. v. FREY et al.

*(Supreme Court, General Term, First Department.  January 13, 1891.)*

No opinion.    Reargument ordered.    See 12 N. Y. Supp. 625; 14 N. Y. Supp. 71.

---

### HOWELL, Appellant, v. NEWMAN et al., Respondents.

*(Supreme Court, General Term, First Department.  January 13, 1891.)*

No opinion.    Motion denied upon payment of $10 costs and stipulating to argue at February term.    See 13 N. Y. Supp. 648.

---

### FAIRFIELD v. FEAGLES.

*(Supreme Court, General Term, First Department.  January 13, 1891.)*

No opinion.    Motion granted, unless appellant, within 10 days, procures case to be properly certified, and serves copies of the same.    See 13 N. Y. Supp. 743.

---

### ROTHSCHILD et al. v. MOONEY.

*(Supreme Court, General Term, First Department.  January 13, 1891.)*

No opinion.    Motion denied.    See 13 N. Y. Supp. 125.